UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA     CASE NO. 07-mj-0002 CMK

vs.     ORDER TO PAY

Joshua Daniel Manley

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

Count I     Fine: $ 150     Assessment: $ 25
Count II    Fine: $          Assessment: $
Count III   Fine: $          Assessment: $
Count IV    Fine: $          Assessment: $
Count V     Fine: $          Assessment: $

(X) FINE TOTAL OF $ 150.00 and a penalty assessment of $ 25.00 ~~within~~ by 5-1-07 days/months or payments of $ _____ per month commencing _____ and due on the _____ day of each month until paid in full.

( ) RESTITUTION OF $ _____.

( ) PROBATION to be unsupervised for a period of _____. Probation to terminate upon payment in full of all financial conditions imposed hereunder.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your name and case number.

Dated: 3-26-2007

Craig M. Kellison
U.S. Magistrate Judge